IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| STEVEN WAYNE HUCKELBA, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:10-CV-104 (CDL) |
| MARDY ALLEN, Warden, | * | |
| Respondent. | * | |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on September 21, 2010 is hereby approved, adopted, and made the Order of the Court. The Court does note one typographical error on page 2 of the Recommendation. It is clear that Petitioner "did not" file a direct appeal from his convictions pursuant to his guilty plea. "Not" was inadvertently omitted from the last sentence of the paragraph on page 2 that is carried over from page 1.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 5th day of October, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE